**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MASSACHUSETTS**
**EASTERN DIVISION**

| | |
|---|---|
| In re: Tri-Wire Engineering Solutions, Inc.<br><br>Debtor | Chapter 11<br>Case No. 21-11322-CJP |

**APPOINTMENT OF AN OFFICIAL COMMITTEE**
**OF UNSECURED CREDITORS**

Pursuant to 28 U.S.C. § 586(a)(3), 11 U.S.C. § 1102 and Fed. R. Bankr. P. 2007, the United States Trustee appoints the following holders of unsecured claims to the Official Committee of Unsecured Creditors in the above-referenced case:

Star Linesman LLC
c/o Warren Jones, President
4009 Hill Avenue
Bronx, NY  10466
Tel: 718-249-5097
Email: starlinesman@gmail.com

Javier Rodriguez
113 Hancock Street
Lawrence, MA  01841
Tel: 978-985-3737
Email: javierodriguez978@gmail.com
c/o Joel M. Walker
Nye, Stirling, Hale & Miller, LLP
1145 Bower Hill Road, Ste 104
Pittsburgh, PA  15243
Tel: 412-857-5350
Fax: 805-563-5385
Email: jmwalker@nshmlaw.com

Nicholas Tensen
169 Sagamore Street
S. Hamilton, MA  01982
Tel: 973-229-3739
Email: nicholatnsen@gmail.com

    Respectfully submitted,
    WILLIAM K. HARRINGTON
    United States Trustee
    By: /s/ Paula R.C. Bachtell

                                                  Paula R. C. Bachtell BBO#564155
                                                  John W. McCormack Post Office and Courthouse
                                                  5 Post Office Square, Suite 1000
                                                  Boston, MA 02109-3934
                                                  (617) 788-0406
                                                  (617) 565-6368
Dated: September 23, 2021          Paula.bachtell@usdoj.gov

## CERTIFICATE OF SERVICE

      I certify that on September 23, 2021, true and correct copies of the foregoing appointment were served by CM/ECF upon those individuals who have filed CM/ECF notices of appearance in the Court's CM/ECF database and/or by electronic mail upon those persons listed above and below.

                                                  WILLIAM K. HARRINGTON
                                                  United States Trustee

                        By:     /s/ Paula R. C. Bachtell
                                  Paula R. C. Bachtell BBO# 564155
                                  United States Department of Justice
                                  John W. McCormack Post Office and Courthouse
                                  5 Post office Square, 10th Floor, Suite 1000
                                  Boston, MA  02109-3934
                                  Boston, MA 02222
                                  PHONE:      (617) 788-0406
                                  FACSIMILE:  (617) 565-6368
                                  Paula.bachtell@usdoj.gov

By Email

ciechanowski@casneredwards.com
aglenn@glennagre.com
goldberg@casneredwards.com
peter.haley@nelsonmullins.com
whanlon@seyfarth.com
jml@bostonbusinesslaw.com
jmamorsky@wagnerlawgroup.com
sschmidt@glennagre.com
whitesell@casneredwards.com

Broadcom Technical Group LLC
c/o Daniel R. Johnson, Member
28 Hattie Lane
Billerica, MA  01821
Tel: 781-844-4476
Email: broadcomtg@comcast.net

John R. Wade III
181 Nubble Road
York, ME 03909
Tel: 978-569-6163
Email: JRW537@NYU.edu

Marie Wade
70 Navillus Road
Tewksbury, MA  01876
Tel: 978-851-0321
(email to John R. Wade)

Spinnaker Trust c/o Jeannine Pendergrast
123 Free Street
Portland, ME
jpendergrast@spinnakertrust.com
scott.stitt@tuckerellis.com