**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| **In re:** | |
| **TRI-WIRE ENGINEERING SOLUTIONS, INC.,** | **Chapter 11** **Case No. 21-11322-CJP** |
| **Debtor.** | |

**MOTION TO WITHDRAW AS COUNSEL TO JOHN WADE, III**

Glenn Agre Bergman & Fuentes LLP ("Glenn Agre") moves, pursuant to Massachusetts Local Bankruptcy Rule 9010-3, to withdraw as counsel to John Wade III in this case. In support thereof, Glenn Agre states as follows:

1. Mr. Wade has terminated his engagement of Glenn Agre.

2. There are no motions, contested matters, or adversary proceedings pending before the Court regarding Mr. Wade.

3. There are no hearings or conferences scheduled and no reports, oral or written, are due.

WHEREFORE, Glenn Agre prays that the Court enter an order:

A. Authorizing the withdrawal of Glenn Agre as counsel to John Wade, III; and

B. Granting such other relief as is just and proper.

Respectfully submitted,
Glenn Agre Bergman
& Fuentes LLP
By:

*/s/ Andrew K. Glenn*
Andrew K. Glenn
aglenn@glennagre.com
**GLENN AGRE BERGMAN**
**& FUENTES LLP**
1185.Avenue.of.the.Americas
22nd Floor
New York, NY 10036
T: (212)-970-1600

Dated: August 22, 2023